IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MARIA SANTOS, <br> & <br> HOMERO SANTOS, <br><br> Plaintiffs, <br><br> v. <br><br> NELSON, WATSON &, <br> ASSOCIATES, LLC., <br> a Massachusetts corporation, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> <u>4:08-CV-00058-HLM-WEJ</u> |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted this <u>13th</u> day of June, 2008.

          THE LAW OFFICE OF JAMES M. FEAGLE, P.C.

        by:   S/James M. Feagle
           James M. Feagle
           Attorney for plaintiff
           Georgia Bar No. 256916

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
fax 404/601-1855
jimfeagle@aol.com